# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** _4/15/2024_

April 15, 2024

> Request GRANTED.  The Court adopts the schedule
> proposed below.  Plaintiff's motion is due by July 16.
> 2024; Defendant's response is due by September 16,
> 2024; and Plaintiff's reply, if any, is due on
> September 30, 2024.
>
> **SO ORDERED:**
>
> *Katharine H Parker*
>
> **HON. KATHARINE H. PARKER**          4/15/2024
> **UNITED STATES MAGISTRATE JUDGE**

**VIA ECF**

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:     *Gil v. Commissioner of Social Security*
          Civil Action No. 1:24-cv-00199-KHP

Dear Judge Parker,

We write on behalf of plaintiff, Marie Altagracia Gil, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is due on April 17, 2024 per the Court's January 11, 2024 Standing Scheduling Order.  This is the parties' first request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a.  Plaintiff to file his motion for judgment on the pleadings on or before **July 16, 2024**;

b.  Defendant to file its response/cross-motion on or before **September 16, 2024**; and

c.  Plaintiff to file his reply (if any) on or before **September 30, 2024**.

Honorable Katharine H. Parker
April 15, 2024
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com

cc: Arriella Renee Zoltan, Esq. (by ECF)