# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

July 12, 2024

> Request GRANTED. The Court adopts the schedule proposed below. Plaintiff's motion for judgment on the peladings is due by July 23, 2024.  Defendant's respose/cross-motion is due by September 23, 2024.  Any reply is due by October 7, 2024.
>
> SO ORDERED:
>
> *Katharine H Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE 7/16/2024

**VIA ECF**

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *Gil v. Commissioner of Social Security*
       Civil Action No. 1:24-cv-00199-KHP

Dear Judge Parker,

We write on behalf of plaintiff, Marie Altagracia Gil, and with the consent of the defendant, to request an additional 7 days to file plaintiff's motion for judgment on the pleadings which is due on July 16, 2024, per the Court's April 15, 2024 Order Granting Extension of Time to File. This is the parties' second request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a.   Plaintiff to file his motion for judgment on the pleadings on or before **July 23, 2024**;

b.   Defendant to file its response/cross-motion on or before **September 23, 2024**; and

c.   Plaintiff to file his reply (if any) on or before **October 7, 2024**.

Honorable Katharine H. Parker
July 12, 2024
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:      212-500-5115
dosborn@osbornlawpc.com


cc: Ariella Renee Zoltan, Esq. (by ECF)